UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIVOY EXPRESS TRUST,
*by and through Wanda D. Otero, Trustee*,

    Plaintiff,

vs.

CITY OF DAYTON OHIO, *et al.*,

    Defendants.

Case No. 3:25-cv-154

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Doc. No. 3); (2) DISMISSING THIS CASE WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This case is before the Court upon *pro se* Plaintiff's motion for voluntary dismissal of its complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1] Doc. No. 3. For good cause shown, the Court **GRANTS** Plaintiff's motion. *See Aamot v. Kassel*, 1 F.3d 441, 445 (6th Cir. 1993). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

June 5, 2025                                      s/*Michael J. Newman*
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in Plaintiff's favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam).